| | |
|---|---|
| JANE JONES,<br>        Plaintiff,<br>v.<br><br>PI KAPPA ALPHA INTERNATIONAL FRATERNITY, INC.; PI KAPPA ALPHA FRATERNITY MEMBER BRETT HELBERG in his individual and official capacity; PI KAPPA ALPHA FRATERNITY MEMBER DAVID MALINOWSKI in his individual and official capacity; PI KAPPA ALPHA FRATERNITY – LOCAL CHAPTER MU ZETA at RAMAPO COLLEGE; PI KAPPA ALPHA FRATERNITY/MU ZETA CHAPTER PRESIDENT SKENDER AGIC, in his individual and official capacity; PI KAPPA ALPHA FRATERNITY/MU ZETA CHAPTER MEMBER JOHN HOGAN in his individual and official capacity; PI KAPPA ALPHA FRATERNITY/MU ZETA CHAPTER MEMBER JOSHUA WILLIAM NEWMAN in his individual and official capacity; RAMAPO COLLEGE OF NEW JERSEY; RAMAPO COLLEGE BOARD OF TRUSTEES; RAMAPO COLLEGE OF NEW JERSEY PUBLIC SAFETY DIRECTOR VINCENT MARKOWSKI, in his individual and official capacity; RAMAPO COLLEGE OF NEW JERSEY PRESIDENT PETER MERCER, in his individual and official capacity; RAMAPO COLLEGE OF NEW JERSEY COORDINATOR OF SUBSTANCE ABUSE & PREVENTION CORY ROSENKRANZ, in her individual and official capacity; RAMAPO COLLEGE OF NEW JERSEY ACTING DEAN OF STUDENTS MELISSA VAN DER WALL; JORDYN MASSOOD, former Ramapo College of New Jersey Student; CHRISTOPHER RAINONE, former Ramapo College of New Jersey Student; JUSTIN SOMMERS; former Ramapo College of New Jersey Student KORIN LEVETSANOS; former Ramapo College of | CIVIL ACTION<br>CASE NO.: 16-cv-7720<br><br>**STIPULATION OF DISMISSAL** |

New Jersey Student WAYNE JOHNSON; former Ramapo College of New Jersey Student CHRISTIAN LOPEZ; former Ramapo College of New Jersey Student NAKEEM GARDNER; JOHN/JANE DOES #1-20, individually and in their official capacity; and XYZ CORPORATIONS #1-10, individually, jointly, and severally and in the alternative,
   Defendants,

and

JOHN HOGAN,
  Defendant/Third-Party Plaintiff,

v.

CHRISTIAN LOPEZ and NAKEEM GARDNER,
  Third-Party Defendants,

and

SKENDER AGIC,
  Defendant/Third-Party Plaintiff,

v.

CHRISTIAN LOPEZ and NAKEEM GARDNER and LIBERTY CORPORATE CAPITAL LTD (for and on behalf of Syndicate 4472,
  Third-Party Defendants.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned Counsel for Plaintiff and for Defendant Joshua Newman, that Plaintiff's Complaint is dismissed in its entirety with respect to her claims against Defendant JOSHUA NEMAN only, in accordance with the terms set forth in a Confidential Settlement Agreement and Release.

| | |
|---|---|
| PATRICK J. WHALEN, ESQUIRE<br>Attorney at Law, LLC<br>109 S. Warren Street<br>Trenton, NJ 08608<br><br>_/s/ Patrick J. Whalen_<br>Attorney for Plaintiff<br><br>Date: 2/9/2022 | GEORGE C. ROSELLE, III, ESQUIRE<br>Lamb Kretzer, LLC<br>110 B Meadowlands Parkway, Suite 201<br>Secaucus, New Jersey 07094<br><br>**George C. Roselle III** Digitally signed by George C. Roselle III<br>Date: 2022.02.09 12:06:17 -05'00'<br>Attorney for Joshua Newman<br><br>Date: 02/09/2022 |