# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JANE JONES,** | : |
| **Plaintiff,** | : Civil Action No. 16-7720 (KM) (MAH) |
| v. | : |
| **PI KAPPA ALPHA INTERNATIONAL FRATERNITY, INC., et. al.,** | : **AMENDED SCHEDULING ORDER** |
| **Defendants.** | : |

**THIS MATTER** having come before the Court for a telephone status conference on August 25, 2022;

and for good cause shown:

**IT IS** on this 25th day of August 2022,

**ORDERED THAT:**

1. On or before **September 30, 2022**, if a stipulation of dismissal is not filed before that date, Plaintiff and Defendant Christian Lopez will file a joint status report concerning the progress of their settlement negotiations.

2. Counsel for Defendant Korin Levetsanos shall speak with her client concerning whether she is willing to provide financial disclosures to Plaintiff's counsel to substantiate her present financial situation relevant to any settlement with Plaintiff. Thereafter, counsel for Defendant Levetsanos and Plaintiff's counsel will meet and confer on the disclosures. On or before **September 30, 2022**, Plaintiff and Defendant Korin Levetsanos will file a joint status report concerning their progress with the disclosures and settlement negotiations.

3. On or before **September 30, 2022**, Plaintiff will either file a proposed order of dismissal of the assigned declaratory judgment claims against third-party defendant Liberty Corporate Capital, or notice that she does not intend to do so.

4. There will be a Telephone Status Conference on **January 11, 2023 at 10:00 a.m.** The parties will dial 1-888-684-8852 and access code 1456817# to join the conference.

*s/ Michael A. Hammer*
**Hon. Michael A. Hammer
United States Magistrate Judge**