Robert A. Ferraro, Esq.
BRUNO & FERRARO, ESQS.
301 Route 17 North, Suite 211
Rutherford, NJ  07070
Phone: (201) 460-9494
Facsimile: (201) 460-0276
rferraro@brunoferraro.com
Attorneys for Defendant/Third Party Defendant, Christian Lopez

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------
                                 :
Jane Jones,                      :   Docket No. 2:16-CV-07720-KM-MAH
                                 :   Hon. Kevin McNulty, U.S.D.J.
          Plaintiffs             :   Hon. Michael A. Hammer, U.S.M.J.
                                 :
     vs.                         :
                                 :
PI KAPPA INTERNATIONAL           :
FRATERNITY, INC.; PI KAPPA       :
ALPHA FRATERNITY MEMBER          :
BRETT HELBERG, in his            :
Individual and official          :
Capacity; PI KAPPA ALPHA         :
FRATERNITY MEMBER DAVID          :
MALINOWSKI, in his individual    :
And official capacity; PI        :
KAPPA ALPHA FRATERNITY - LOCAL   :
CHAPTER MU ZETA at RAMAPO        :
COLLEGE; PI KAPPA ALPHA          :
FRATERNITY/MU ZETA CHAPTER       :
PRESIDENT SKENDER AGIC, in his   :
Individual and official          :
Capacity; PI KAPPA ALPHA         :
FRATERNITY/MU ZETA CHAPTER       :
MEMBER JOHN HOGAN, in his        :
Individual and official          :
Capacity; PI KAPPA ALPHA         :
FRATERNITY/MU ZETA CHAPTER       :
MEMBER JOSHUA WILLIAM NEWMAN,    :
In his individual and official   :
Capacity; RAMAPO COLLEGE OF      :
NEW JERSEY; RAMAPO COLLEGE       :

```
BOARD OF TRUSTEES; RAMAPO          :
COLLEGE OF NEW JERSEY PUBLIC       :
SAFTEY DIRECTOR VINCENT            :
MARKOWSKI, in his individual       :
And official capacity; RAMAPO      :
COLLEGE OF NEW JERSEY PETER        :
MERCER, in his individual and      :
Official capacity; RAMAPO          :
COLLEGE OF NEW JERSEY              :
COORDINATOR OF SUBSTANCE ABUSE     :
& PREVENTION CORY ROSENDRANZ,      :
In her individual and official     :
Capacity; RAMAPO COLLEGE OF        :
NEW JERSEY ACTING DEAN OF          :
STUDENTS MELISSA VAN DER WALL;     :
JORDAN MASSOOD, a former           :
Ramapo College of New Jersey       :
Student; CHRISTOPHER RAINONE,      :
Former Ramapo College of New       :
Jersey Student; JUSTIN SOMMERS     :
Former Ramapo College of New       :
Jersey Student; JOHN/JANE DOES     :
#1-20, individually and in         :
Their official capacity; and       :
XYX CORPORATIONS #1-10,            :
Individually, jointly, and         :
Severally in the alternative,      :
                                   :
        Defendants                 :
                                   :
JOHN HOGAN                         :
                                   :
        Defendant/                 :
        Third Party Plaintiff      :
                                   :
CHRISTIAN LOPEZ and NAKEEM         :     STIPULATION OF DISMISSAL
GARDENER                           :
                                   :           WITH PREJUDICE
        Third Party Defendants     :
-------------------------------
```

The above entitled action having been amicably resolved between the plaintiff, Jane Jones, and the Defendant/Third Party Defendant Christian Lopez, it is hereby stipulated that

2

the complaint be and is hereby dismissed with prejudice against the defendant, Christian Lopez.

Dated: October 31, 2022    By: _____
Robert A. Ferraro, Esq.
Attorney for Defendant,
Christian Lopez

Dated: 11/2/22    By: _____
Patrick J. Whelan, Esq.
Attorney for Plaintiff

3