New Jersey Student WAYNE JOHNSON; former Ramapo College of New Jersey Student CHRISTIAN LOPEZ; former Ramapo College of New Jersey Student NAKEEM GARDNER;    JOHN/JANE DOES #1-20, individually and in their official capacity; and XYZ CORPORATIONS #1-10, individually, jointly, and severally and in the alternative,

                Defendants,

                and

JOHN HOGAN,
    Defendant/Third-Party Plaintiff,

v.

CHRISTIAN LOPEZ and NAKEEM GARDNER,
    Third-Party Defendants,

              and

SKENDER AGIC,
    Defendant/Third-Party Plaintiff,

v.

CHRISTIAN LOPEZ and NAKEEM GARDNER and LIBERTY CORPORATE CAPITAL LTD (for and on behalf of Syndicate 4472,
    Third-Party Defendants.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned Counsel for Plaintiff and for Defendant Joshua Newman, that Plaintiff's Complaint is dismissed in its entirety with respect to her claims against Defendant KORIN LEVETSANOS only, in accordance with the terms set forth in a Confidential Settlement Agreement and Release.

PATRICK J. WHALEN, ESQUIRE
Attorney at Law, LLC
109 S. Warren Street
Trenton, NJ 08608

_____
Attorney for Plaintiff

Date: 1/4/23

SHANNON GARAHANI, ESQUIRE
Law Office of Shannon Garrahan, P.C.
2 Forest Avenue, 2nd Floor
Oradell, New Jersey 07649

_____
Attorney for Korin Levetsanos

Date: 01/05/2023