# PATRICK J. WHALEN
## Attorney at Law, LLC
109 S. Warren Street
P.O. Box 23653
Trenton, New Jersey 08608
Phone: (609) 393-6970
Fax: (609) 393-6971

Patrick J. Whalen, Esquire
Patrick@pwhalenlaw.com

Angelique Yonkauske
Paralegal & Office Manager
Angelique@pwhalenlaw.com

January 11, 2023

**Via ECF**

Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Federal Building
& U.S. Courthouse
50 Walnut Street, Room 2042
Newark, NJ 07101

**RE:**   *Jones v. Pi Kappa Alpha, et als*
          **Civil Action No. 2:16-cv-7720**

Dear Judge Hammer:

As Your Honor knows, I represent Plaintiff with respect to the above action. As an initial matter, I want to apologize to the Court for missing the Case Management Conference yesterday.  We got confused here, and I thought this was the Initial Conference for the new Declaratory Judgment action, and, because of the Motion pending in that matter, I believed that the Conference was moved to February 3, 2023.  We actually called and confirmed that, but we only provided the docket number for the Declaratory Judgment action and not this one.  That was my mistake; again, my apologies.

As to the status of the underlying action, *Jane Jones v PIKE*, Case 2:16-cv-7720, I believe all the necessary Stipulations have been filed, and all that remains is the Default Judgment as to the Local Chapter Fraternity.  My client agreed with me that Your Honor could handle this.  I believe that is the last remaining piece to this case.

Again, I apologize for having missed the Conference Call yesterday.  Should Your Honor require any further information, please do not hesitate to contact me.

Respectfully submitted,

*s/Patrick J. Whalen, Esquire*