PATRICK J. WHALEN, ESQ.
Attorney at Law, LLC
109 S. Warren Street
Trenton, NJ 08608
(609) 393-6970
(609) 393-6971 (Fax)
*Attorney for Plaintiff Jane Jones*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE JONES,<br>    Plaintiff,<br>v.<br><br>PI KAPPA ALPHA INTERNATIONAL FRATERNITY, INC.; PI KAPPA ALPHA FRATERNITY MEMBER BRETT HELBERG in his individual and official capacity; PI KAPPA ALPHA FRATERNITY MEMBER DAVID MALINOWSKI in his individual and official capacity; PI KAPPA ALPHA FRATERNITY – LOCAL CHAPTER MU ZETA at RAMAPO COLLEGE; PI KAPPA ALPHA FRATERNITY/MU ZETA CHAPTER PRESIDENT SKENDER AGIC, in his individual and official capacity; PI KAPPA ALPHA FRATERNITY/MU ZETA CHAPTER MEMBER JOHN HOGAN in his individual and official capacity; PI KAPPA ALPHA FRATERNITY/MU ZETA CHAPTER MEMBER JOSHUA WILLIAM NEWMAN in his individual and official capacity; RAMAPO COLLEGE OF NEW JERSEY; RAMAPO COLLEGE BOARD OF TRUSTEES; RAMAPO COLLEGE OF NEW JERSEY PUBLIC SAFETY DIRECTOR VINCENT MARKOWSKI, in his individual and official capacity; RAMAPO COLLEGE OF NEW JERSEY PRESIDENT PETER MERCER, in his individual and official capacity; RAMAPO COLLEGE OF NEW JERSEY COORDINATOR OF SUBSTANCE ABUSE & PREVENTION CORY ROSENKRANZ, in her individual and official capacity; RAMAPO COLLEGE OF NEW JERSEY ACTING DEAN | CIVIL ACTION<br>CASE NO.:  16-cv-7720<br><br>**MOTION TO ENTER DEFAULT JUDGMENT**<br>**Pursuant to Rule 55(b)(2)(B)**<br>**AGAINST DEFENDANT PI KAPPA ALPHA FRATERNITY-LOCAL CHAPTER MU ZETA AND DEFENDANT NAKEEM GARDNER** |

OF STUDENTS MELISSA VAN DER WALL; JORDYN MASSOOD, former Ramapo College of New Jersey Student; CHRISTOPHER RAINONE, former Ramapo College of New Jersey Student; JUSTIN SOMMERS; former Ramapo College of New Jersey Student; KORIN LEVETSANOS former Ramapo College of New Jersey Student; WAYNE JOHNSON former Ramapo College of New Jersey Student; CHRISTIAN LOPEZ former Ramapo College of New Jersey Student; NAKEEM GARDNER former Ramapo College of New Jersey Student; JOHN/JANE DOES #1-20, individually and in their official capacity; and XYZ CORPORATIONS #1-10, individually, jointly, and severally and in the alternative,
                  Defendants.

TO:    Court Clerk
        Martin Luther King Federal Building & U.S. Courthouse
        50 Walnut Street, Room 2042
        Newark, NJ 07101

The undersigned Counsel, on behalf of Plaintiff, Jane Jones, moves before this Court for Entry of a Default Judgment as to Defendants: Pi Kappa Alpha Fraternity Local Chapter Mu Zeta and Nakeem Gardner, upon the Complaint heretofore filed and served upon the Defendants, in accordance with the provisions of Rule 55(b)(2)(B), Federal Rules of Civil Procedure.

    I submit the accompanying Certification of Default Judgment in support of this application.

                              Respectfully Submitted,

Dated: March 31, 2023        By:    *s/Patrick J. Whalen, Esquire*
                                              *Attorney for Plaintiff*