# PATRICK J. WHALEN
### Attorney at Law, LLC
109 S. Warren Street
P.O. Box 23653
Trenton, New Jersey 08608
Phone: (609) 393-6970
Fax: (609) 393-6971

---

Patrick J. Whalen, Esquire                                                                               Angelique Yonkauske
Patrick@pwhalenlaw.com                                                   Paralegal & Office Manager
                                                                                                                                              Angelique@pwhalenlaw.com

---

December 22, 2023

**<u>Via ECF</u>**

Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Federal Building
& U.S. Courthouse
50 Walnut Street, Room 2042
Newark, NJ 07101

    **RE:**    *Jones v. Liberty Corporate Capital, LTD, et als*
                **Case Number: 2:22-cv-6600**

Dear Judge Hammer:

As Your Honor knows, I represent Plaintiff with respect to the above action. We will be filing a Stipulation of Dismissal shortly in the above matter.

I wanted to advise Your Honor that I have spoken with Plaintiff and we have agreed that we will not pursue a Default Judgment against the remaining Defendant, Nakeem Gardner in the underlying civil action, *Jones v. Pi Kappa Alpha, et als,* Civil Action No. 2:16-cv-7720. Therefore, we will not be filing that Motion and the Court may close that case.

Should Your Honor require any further information or documentation, please let us know. Additionally I want to thank Your Honor again for all of the assistance (and the patience) that was provided in this sensitive matter.

Respectfully submitted,

*/s/Patrick J. Whalen, Esquire*


PJW/ay
cc:     Honorable Susan D. Wigenton, U.S.D.J.