UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE JONES,<br><br>     Plaintiff,<br><br>v.<br><br>PI KAPPA ALPHA INTERNATIONAL FRATERNITY, INC., et al.,<br><br>     Defendants. | Civil Action No. 16-7720 (SDW)(MAH)<br><br>ORDER |

It having been reported to the Court that the Plaintiff will not pursue default judgment against Defendant Nakeem Gardner, see Letter from Patrick J. Whalen, Esq., December 22, 2023, D.E. 299;

It is on this 9th day of January 2024,

**ORDERED THAT** this action and any pending motions are hereby administratively terminated and it is further

**ORDERED THAT** this Order shall not constitute a dismissal order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED THAT** within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all additional papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED THAT**, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court will dismiss the action, without further notice, with prejudice and without costs.

                   *s/ Michael A. Hammer*
                   **Hon. Michael A. Hammer**
                   **United States Magistrate Judge**